UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **OWYHEE RIVER LLC.**, | Civil Case No. 3:12-CV-02236-KI |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| **WELLS FARGO BANK, NA**, formerly known as Wells Fargo Bank Minnesota, NA, | |
| Defendant. | |

    Charles R. Markley
    Greene & Markley, PC
    1515 SW Fifth Avenue, Suite 600
    Portland, Oregon  97201

        Attorney for Plaintiff

    Heather D. Foley
    Venable LLP
    750 E. Pratt Street, Suite 900
    Baltimore, MD  21202

Page 1 - JUDGMENT

Jeffrey M. Edelson
Markowitz Herbold Glade & Mehlhaf, PC
1211 S. W. Fifth Avenue, Suite 3000
Portland, Oregon  97204

      Attorneys for Defendant

KING, Judge:

This action was tried by Judge Garr M. King without a jury and the following decision was reached.

It is ordered that plaintiff Owyhee River LLC recover nothing and the action be dismissed on the merits.

Dated this   26th   day of March, 2014.

      /s/ Garr M. King
      Garr M. King
      United States District Judge

Page 2 - JUDGMENT